UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cr-20270-GAYLES/TORRES

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SAMANTHA STEVENS**,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 75]. On February 21, 2022, Defendant Samantha Stevens filed her second Motion to Dismiss the Superseding Indictment (the "Motion"). [ECF No. 61]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 64]. On May 2, 2022, Judge Torres issued his Report recommending that the Motion be denied. Defendant timely filed objections to the Report. [ECF No. 82]. The Government filed a response. [ECF No. 84].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendant's Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 75], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendant's Motion to Dismiss the Superseding Indictment, [ECF No. 61], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of July, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE